

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00426-CR

ANDREW JOSEPH MENDEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Court at Law Number 3 of Galveston County. (Tr. Ct. No. 347336).

**TO THE COUNTY COURT AT LAW NUMBER 3 OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 24th day of September 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

The Court today considered a motion to dismiss the appeal filed by the appellant, Andrew Joseph Mendez. No decision has yet been handed down in the case. The Court **grants** the motion. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 24, 2015.

Per curiam opinion delivered by panel consisting of Chief
Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court
in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

